FILED: September 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4656
(4:12-cr-00084-BO-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ERIC DION LATHAM, a/k/a E

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Floyd, and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk